MICHAEL A. FIRESTEIN, SBN 110622
    e-mail:  mfirestein@proskauer.com
TANYA L. FORSHEIT, SBN 192472
    e-mail:  tforsheit@proskauer.com
CLIFFORD S. DAVIDSON, SBN 246119
    e-mail:  cdavidson@proskauer.com
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Plaintiff,
GOPETS LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOPETS LTD., a limited liability Korean corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>EDWARD HISE, an individual, JOSEPH HISE, an individual, DIGITAL OVERTURE, INC., a California corporation, and DOES 1-10, inclusive,<br><br>              Defendants. | Case No. CV07-1870-AHM (VBKx)<br><br>**JUDGMENT**<br><br>Hon. A. Howard Matz |

On June 9, 2008, after the Court's May 27, 2008 Order, Plaintiff GoPets Ltd.'s ("Plaintiff") Motion for Partial Summary Judgment ("Plaintiff's Motion") came on for hearing.  On June 10, 2008, the Court entered an Amended Order granting Plaintiff's Motion.  The Amended Order addressed all of Plaintiff's remaining claims, including those claims relating to service mark infringement, cybersquatting under the Anti-Cybersquatting Consumer Protection Act and unfair competition.  As articulated in Plaintiff's Memorandum of Contentions of Fact and Law (Dkt # 163), filed on April 28, 2008, Plaintiff has abandoned any additional claims it may have beyond those addressed in the Amended Order.  Thus, entry of judgment is appropriate at this time.

Accordingly, the Court, having considered the papers and evidence filed, and arguments made, in support of and in opposition to Plaintiff's Motion, the issues duly having been heard, and decision duly having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED:

(1) Defendants and each of them shall transfer or cause to be transferred to Plaintiff, within 10 days of entry of this Judgment, all ownership and registration rights, title or interest in the following domain names: gopets.com, gopet.mobi, gopets.name, gopets.mobi, gopetssite.com, goingpets.com, gopet.biz, gopet.org, egopets.com, gopets.bz, gopets.ws, gopet.tv, gopet.ws, gopet.bz, gopet.de, gopet.eu, gopet.name, mygopets.com and igopets.com;

(2) Defendants and each of them are jointly and severally liable and ordered to pay Plaintiff forthwith the following sums:

    a. $118,000 in statutory damages, pursuant to 15 U.S.C. § 1117(d);

    b. Attorneys' fees in an amount to be determined by the Court, pursuant to 15 U.S.C. § 1117(a);

    c. Plaintiff's costs of suit, as taxed by the Clerk;

(3) Judgment be entered in favor of Plaintiff and against Defendants and each of them.

DATED: _June 24, 2008

HON. A. HOWARD MATZ
United States District Judge

**Make JS-6**

8085/31652-001
Current/11351811v2

2