O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-1870 AHM (VBKx) | Date | July 22, 2008 |
|---|---|---|---|
| Title | GOPETS LTD. v. EDWARD HISE, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| S. Eagle | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys NOT Present for Plaintiffs:   Attorneys NOT Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court DENIES the Defendants' motions to stay the Court's judgment ordering the transfer of domain names.[1]

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                        _____ : _____
                                                                                        Initials of
                                                                                        Preparer        se

---

[1] Docket Nos. 222, 223, and 224.

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-1870 AHM (VBKx) | Date | July 22, 2008 |
|---|---|---|---|
| Title | GOPETS LTD. v. EDWARD HISE, *et al.* | | |